# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TYESHA N. ISOM | § |
| | § |
| v. | § |
| | § |
| EASEWARE TECHNOLOGY | § |
| LIMITED: DRIVER EASY, et al. | § |

CIVIL ACTION NO. 3:21-CV-1579-S-BT

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 7. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court modifies any references of Plaintiff as male to female. Finding no other plain error, the Court otherwise **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[1]

**SO ORDERED.**

SIGNED October 22, 2021.

**UNITED STATES DISTRICT JUDGE**

---

[1] The proposed findings, conclusions, and recommendation refer to Plaintiff Tyesha N. Isom as male.